MANOHAR, APPELLANT, *v.* MASSILLON COMMUNITY HOSPITAL ET AL., APPELLEES.

[Cite as *Manohar v. Massillon Community
Hosp.* (1998), 83 Ohio St.3d 1219.]

(No. 97–2149—Submitted September 29, 1998—Decided November 10, 1998.)

*Allen Schulman & Associates Co., L.P.A., Allen Schulman, Jr.,* and *Christopher J. Van Blargan,* for appellant.

*Buckingham, Doolittle & Burroughs, L.L.P., Richard G. Reichel* and *Scott A. Richardson,* for appellees.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents and would affirm the judgment of the court of appeals.